Filed 02/27/12                                      Case 11-48838 

2

**JASON BLUMBERG, NY State Bar No. 4055257**
Trial Attorney
ANTONIA G. DARLING, State Bar No. 76190
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814-2322
(916) 930-2100 / Fax (916) 930-2099

Attorneys for Acting United States Trustee,
Region 17, August B. Landis

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

In re:

RAMON RAUL CRUZ and
RENEE D. CRUZ,

        Debtors.
_____/

Case No:   11-48838-D-7

DCN:   UST-2

Date:   April 4, 2012
Time:   10:00 a.m.
Dept.:   D
Courtroom: 34, 6th Floor

## DECLARATION OF TINA SPYKSMA

I, Tina Spyksma, declare as follows:

1. I am a Paralegal Specialist employed by the United States Department of Justice, Office of the United States Trustee, Sacramento California.

2. <u>Exhibit A</u> hereto is a true and correct copy of the amended Official Form 22A Chapter 7 Statement of Current Monthly Income and Means-Test Calculation (the "<u>Means Test Form</u>") filed by the above-captioned debtors (the "<u>Debtors</u>") in the above-captioned case on February 21, 2012. I downloaded this document from the Court's electronic case management system.

3. Based on my review of the Means Test Form, I determined that some of the Debtors' figures and calculations on the Means Test Form were incorrect and that the Debtors claimed

-1-

certain expenses on the Means Test Form that the United States Trustee does not believe are allowable expenses.

4. <u>Exhibit B</u> hereto is copy of my calculations of the appropriate income and expenses with respect to the Debtors' Means Test Form. By way of summary:

- I increased the rental income on Line 5 on the Means Test Form from $0.00 to **$1,526;**
- I increased the deduction on Line 22A from $612 to **$812;**
- I reduced the deduction on the Line 38 from $1,118 to **$0.00;** and
- I increased the Chapter 13 administrative expense deduction on Line 45 from $0.00 to **$180.70**, to reflect that the Debtors now have disposable income.

5. The foregoing changes caused corresponding adjustments to the amounts shown on Lines 11-13, 16, 18, 33, 41, 46-52.

I swear under penalty of perjury that the foregoing is true and correct and is of my own personal knowledge and if called to do so, I would testify to same.

Executed in Sacramento, California, on February 27, 2012.

*/s/ Tina Spyksma*
TINA SPYKSMA